# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 22-CV-81095-RS

ANGEL ORTIZ,

      Plaintiff,

v.

WEST PALM BEACH POLICE DEP'T,

      Defendant.

_____/

### ORDER OF DISMISSAL

This matter is before the Court upon Plaintiff's failure to comply with the Court's Order to Show Cause [DE 4]. Accordingly, it is hereby,

**ORDERED** that:

1.     This matter is **DISMISSED with prejudice**.

2.     All pending motions are **DENIED as moot**.

3.     Each party shall bear its own attorneys' fees and costs.

4.     This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 12th day of October, 2022.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:     All Counsel of Record